

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **1:25-cr-00660** |
| | ) | **Magistrate Judge Heather K. McShain** |
| v. | ) | **RANDOM/Cat. 4** |
| | ) | Violation: Title 18, United States |
| JACQUELINE GUATAQUIRA | ) | Code, Section 111(a) |

The UNITED STATES ATTORNEY charges:

On or about October 3, 2025, at Broadview, in the Northern District of Illinois, Eastern Division,

JACQUELINE GUATAQUIRA,

defendant herein, did forcibly impede and interfere with a person designated in Title 18, United States Code, Section 1114, namely an employee of the United States, while he or she was engaged in the performance of his or her official duties;

In violation of Title 18, United States Code, Section 111(a).

JASON YONAN
Digitally signed by JASON YONAN
Date: 2025.10.08 14:19:46 -05'00'

Signed by Jason Yonan on behalf of
The UNITED STATES ATTORNEY