## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                       Case No.: 1:25–cr–00660
                                       Honorable Heather K. McShain

Jacqueline Guataquira

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 23, 2025:

      MINUTE entry before the Honorable Heather K. McShain: Initial Appearance set for 10/24/2025 at 09:00 a.m. by video conference. Counsel of record have been sent an email with instructions to join the video conference. Members of the public and media will be able to call in to listen to this hearing. The call–in number is 650–479–3207, access code 1808 98 4405#. Press # to bypass the Attendee ID number. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.