## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: USA v. Jacqueline Guataquira    Case Number: 25 CR 660

An appearance is hereby filed by the undersigned as attorney for:
Jaqueline Guataquira

Attorney name (type or print): Mary H. Judge

Firm:    Federal Defender Program

Street address:    55 E. Monroe St., Suite 2800

City/State/Zip:    60603

Bar ID Number: 6244586                    Telephone Number:    312-621-8336
(See item 3 in instructions)

Email Address: Mary_Judge@fd.org

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☒ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.    ☐ Retained Counsel

☒ Appointed Counsel
If appointed counsel, are you a

☒ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 02/04/2026

Attorney signature:    S/ Mary H. Judge
                      (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015