IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 25 CR 660 |
| | ) | |
| vs. | ) | |
| | ) | |
| JACQUELINE GUATAQUIRA, | ) | Chicago, Illinois |
| | ) | February 18, 2026 |
| Defendant. | ) | 8:38 A.M. |

TRANSCRIPT OF PROCEEDINGS - Telephonic Status
BEFORE THE HONORABLE HEATHER K. McSHAIN, MAGISTRATE JUDGE

APPEARANCES:

For the Government: HONORABLE ANDREW S. BOUTROS
UNITED STATES ATTORNEY
BY: MS. HAYLEY LOUISE ALTABEF
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604

For the Defendant: FEDERAL DEFENDER PROGRAM
BY: MS. AKANE TSURUTA
55 E. Monroe Street, Suite 2800
Chicago, Illinois 60603

** NOTE: FAILURE TO SPEAK DIRECTLY INTO MICROPHONE RESULTS IN INAUDIBLE PROCEEDINGS AS NOTED**

Court Reporter: PAMELA S. WARREN, CSR, RPR
Official Court Reporter - Retired
23869 N. High Ridge Drive
Lake Zurich, Illinois 60047
312.823.0001
pswcsr@gmail.com

* * * * *

PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING
TRANSCRIPT PRODUCED USING COMPUTER-AIDED TRANSCRIPTION

(Proceedings held in open court:)

THE COURT: If you're ready, please call the case. Thank you.

THE CLERK: 25 C 660, USA versus Guataquira, for status.

THE COURT: Good morning. Counsel, please state your appearance for the record, beginning with the government.

MS. ALTABEF: Good morning, your Honor. Haley Altabef on behalf of the United States.

THE COURT: Thank you.

On behalf of the defendant, please.

MS. TSURUTA: Good morning. Akane Tsuruta with the Federal Defender Program for Ms. Guataquira, who is on the line.

THE COURT: Thank you.

Ms. Guataquira, because we're appearing by phone, could you just confirm your presence, please, by stating I'm here?

THE DEFENDANT: Hi. Yeah. This is Jacqueline Guataquira on the line.

THE COURT: Okay. Thank you so much for joining.

Great. Okay. What is the status of the case? I'll start with government counsel, please.

MS. ALTABEF: Thank you, your Honor. As you know, last -- from last status we had produced discovery in the

matter. And I have now received authorization from the front office to move to dismiss the case pursuant to Federal Rule of Criminal Procedure 48(a).

THE COURT: And are you dismissing with or without prejudice?

MS. ALTABEF: We would be dismissing without prejudice.

THE COURT: Ms. Tsuruta, do you have anything that you want to respond to? I'm assuming there is no objection to the motion itself.

MS. TSURUTA: There is no objection to the motion.

THE COURT: Okay. So the matter will be dismissed without prejudice pursuant to Rule 48(a).

Anything else that needs to be addressed from the government?

MS. ALTABEF: No. Thank you for your time.

THE COURT: Sure. Thank you.

Ms. Tsuruta, anything further from the government -- I'm sorry, for the defense?

MS. TSURUTA: No. No nothing from defense.

THE COURT: Thank you. As you can tell, I need more coffee this morning.

Okay. Thank you, Ms. Tsuruta.

Thank you, everyone, for calling in today. I appreciate it. We are adjourned. And you are free to

disconnect.

MS. TSURUTA: Thank you.

THE COURT: Thank you.

MS. ALTABEF: Thank you very much.

(Concluded at 8:40 A.M.)

CERTIFICATE

I certify that the foregoing is a correct transcript from the digital recording of proceedings in the above-entitled matter to the best of my ability, given the limitation of using a digital-recording system.

*/s/Pamela S. Warren* April 17, 2026
Official Court Reporter - Retired Date
United States District Court
Northern District of Illinois
Eastern Division